UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUIDO RAYMOND BOCCALEONI,

        Plaintiff,

        v.

CARRINGTON MORTGAGE SERVICES, LLC, et al.,

        Defendants.

Case No. 26-cv-02944-TLT

Sonoma County Superior Court 26CV00812

**ORDER GRANTING UNOPPOSED MOTION TO REMAND**

Re: Dkt. Nos. 8, 9, 22, 23

On May 7, 2026, after Plaintiff filed his Motion to Remand and Request for Judicial Notice, the Court stayed Defendant Carrington Mortgage Services, LLC ("Carrington")'s Motion to Dismiss and Request for Judicial Notice.  ECF 8, 9, 22, 23.

On May 20, 2026, Defendant Carrington filed its non-opposition notifying the Court that it does not object to Plaintiff's Motion to Remand.   Carrington noted that it was unaware that "Plaintiff objected to the Declaration of Non-Monetary Status as it was never served".  ECF 27.

Accordingly, the Court **GRANTS** Plaintiff's Motion to Remand the instant case to the Superior Court of the State of California, Sonoma County, Case No. 26CV00812.

Consequently, Carrington's Motion to Dismiss and Request for Judicial Notice is **MOOT**.  ECF 8, 9.

All previously scheduled dates are hereby **VACATED**.  The Clerk of the Court is ordered to process the docket for remand, close, and terminate the case.

This order resolves ECF 8, 9, 22, and 23.

IT IS SO ORDERED.

Dated: May 21, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California